UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

BRAULIO THORNE, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

         Plaintiffs,

         v.

PRUDENT PUBLISHING CO., INC.,

         Defendant.

------------------------------------- x

No.: 1:20-cv-9307

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, PRUDENT PUBLISHING CO., INC., with prejudice and without fees and costs.

Dated: New York, New York
       March 10, 2021

**GOTTLIEB & ASSOCIATES**

*/s/Jeffrey M. Gottlieb, Esq.*

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiffs*

---

This action is dismissed with prejudice only against the named plaintiff. The Clerk is directed to close this case.

SO ORDERED:

  /s/ John G. Koeltl   March 11, 2021
_____
United States District Court Judge